An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES B. SQUIRES,
Appellant,
vs.
LAURA A. SQUIRES,
Respondent.

No. 65886

**FILED**

DEC 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal is approved. This appeal is hereby dismissed, with the parties to bear their own fees and costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Marie K Iman

cc: Hon. Nancy L. Porter, District Judge
James B. Squires
Laura A. Squires
Elko County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-42494